

FILED
DEC 20 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH JAMES MILES,

    Defendant.

CASE NO. 2:18-MJ-242-AC

[PROPOSED] ORDER TO DISMISS CRIMINAL COMPLAINT

On December 20, 2018, the United States filed a Motion to Dismiss its criminal complaint against defendant Kenneth James Miles. For the reasons set forth in the motion, IT IS HEREBY ORDERED that the criminal complaint in Case No. 2:18-MJ-242-AC is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a), without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court close this case.

12-20-18
Date

THE HONORABLE DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO DISMISS COMPLAINT