

FILED
DEC 20 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH JAMES MILES,

    Defendant.

CASE NO. 2:18-MJ-242-AC

[PROPOSED] ORDER TO RELEASE

### ORDER

By separate Order entered this date, the Court granted the United States' motion to dismiss the criminal complaint filed against defendant Kenneth James Miles, in the above-captioned matter, and directed the Clerk of the Court to close this case.

Accordingly, with good cause appearing, IT IS ORDERED that Kenneth James Miles be released from federal custody in the above-captioned case immediately.

12-20-18
Date

THE HONORABLE DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO RELEASE